**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **Aisha Waldrup & Household,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| **v.** | § | **CIVIL ACTION NO. 4:24-cv-03275** |
| | § | |
| **Freedom Mortgage and/or Stanley Middleman, Jeff Leva and/or Nestor Solutions and/or Archwell Management LLC and/or Archwell Holdings LLC, MERS and/or Ice Mortgage Services, LLC,** | § | |
| | § | |
| ***Defendants*.** | § | |

**ORDER**

CAME ON TO BE HEARD Plaintiff's Emergency Verified Petition for Writ of Mandamus, Prohibition, and Injunctive Relief (Doc. 61). The Court having considered the Motion, and response in opposition thereto, finds that the Motion should be **DENIED**.

IT IS THEREFORE **ORDERED** that Plaintiff's Emergency Verified Petition for Writ of Mandamus, Prohibition, and Injunctive Relief is hereby **DENIED**.

Dated this ___ day of __________, 2025.

______________________
JUDGE PRESIDING