United States District Court
Southern District of Texas
**ENTERED**
November 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AISHA WALDRUP & HOUSEHOLD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 4:24-CV-03275 |
| VS. | § | ADVERSARY CASE NO. 24-03282 |
| | § | |
| FREEDOM MORTGAGE | § | |
| CORPORATION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the Notice of Opinion filed by Defendant Freedom Mortgage Corporation. Doc. #70. On May 7, 2025, this case was referred to the United States Bankruptcy Court for the Southern District of Texas pursuant to General Order 2012-6. Doc. #57. The Bankruptcy Court exercised jurisdiction under 28 U.S.C. 1334(b) and opened Adversary Proceeding No. 24-03282. On October 10, 2025, the Bankruptcy Court dismissed the Adversary Proceeding, concluding this matter. *See Aisha Waldrup & Household v. Freedom Mortgage Corporation, et al.*, Adv. No. 24-3282, ECF No. 90 (Bankr. S.D. Tex. Oct. 10, 2025).

Accordingly, all pending motions in this case are DENIED as MOOT. The Clerk of Court is directed to CLOSE this case.

It is so ORDERED.

NOV 17 2025
Date

The Honorable Alfred H. Bennett
United States District Judge